**Denied and Opinion Filed November 16, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01299-CV

### IN RE SONIA ALVAREZ, Relator

**Original Proceeding from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-55108-2016**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Myers, and Boatright
Opinion by Justice Myers

In this original proceeding, relator seeks relief from temporary orders that abate her rights to possession and access to her children and prohibit her from any contact with the children until certain conditions are met. This Court is authorized to issue mandamus relief to correct a clear abuse of discretion for which relator has no adequate remedy by appeal. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Because temporary orders in suits affecting the parent-child relationship are not appealable, a petition for a writ of mandamus is an appropriate means to challenge them. *Dancy v. Daggett*, 815 S.W.2d 548, 549 (Tex. 1991); *In re Winters*, No. 05–08–01486–CV, 2008 WL 5177835, at *3–4 (Tex. App.—Dallas Dec. 11, 2008, orig. proceeding); *In re Pensom*, 126 S.W.3d 251, 257 (Tex. App.—San Antonio 2003, orig. proceeding). It is relator's burden to provide the court with a record sufficient to establish her right to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992); TEX. R. APP. P. 52.3(k), 52.7(a).

Based on the record before us, we conclude relator has not shown that either trial court abused its discretion by entering the orders at issue. Relator has, therefore, not shown she is entitled to the relief requested. Accordingly, we deny relator's petition for writ of mandamus. . *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

171299F.P05

/Lana Myers/
LANA MYERS
JUSTICE